UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RANDALL WILLIAM CHURCH CORNETT, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA (MENTAL HEALTH), Mental Health Counselor at Minnehaha County Jail, Individual and Official Capacity; ANTHONY HELLAND, Director of Operations at Minnehaha County Jail, Individual and Official Capacity; <br><br> Defendants. | 4:25-CV-04162-ECS <br><br><br> ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL |

Plaintiff, Randall William Church Cornett, an inmate at the Minnehaha County Jail, filed this pro se civil rights lawsuit. Doc. 1. This Court screened Cornett's Complaint, dismissing it in part and directing service on the remaining Defendants. Doc. 7. He now moves for the appointment of counsel. Doc. 15. He requests appointment of counsel because he does not have any legal experience, has "no idea how to navigate this legal issue any longer," and feels "forced to abandon all accusations due to [his] complete and total lack of comprehension." Id. But "[a] pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." Stevens v. Redwing, 146 F.3d 538, 546 (8th Cir. 1998). In determining whether to appoint counsel to a pro se litigant, this Court considers the complexity of the case, the ability of the litigant to investigate the facts, the existence of conflicting testimony, and the litigant's ability to present his claims. Id. At this time, Cornett's claims are not complex, and he has been able to investigate the facts and present his claims adequately. This Court has entered a Scheduling

Order, which lays out any pending deadlines in this case. Doc. 13. With this Court's Scheduling Order, a copy of the Federal Rules of Civil Procedure related to discovery was provided to the parties as was a copy of this Court's Civil Local Rules. Docs. 13, 13-1. Thus, this Court believes that Cornett is capable of pursuing his claims pro se at this phase of litigation. Accordingly, it is

ORDERED that Cornett's motion to appoint counsel, Doc. 15, is denied.

DATED this ___5___ day of August, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2